KATHERINE KAVANAGH, as Administratrix of the Estate of JAMES KAVANAGH, Deceased, Respondent, *v.* NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant, Impleaded with Others.

*Negligence — railroads — truck upon which intestate was riding struck by train at highway crossing — failure to give warning of approach of train.*

*Kavanagh* v. *N. Y., Ontario & W. Ry. Co.,* 196 App. Div. 384, affirmed.

(Argued March 23, 1922; decided April 18, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The accident occurred at about eight-forty-five P. M. on December 29, 1914, at a highway grade crossing at Teaneck, N. J. Plaintiff's intestate, Kavanagh, was employed as helper upon a brewery truck and Otto Garlisch, who was killed at the same time, was employed as driver. The truck was proceeding from west to east upon a highway which crossed the tracks of the railroad at right angles. A passenger train of appellant traveling from north to south struck the truck as it emerged upon the middle track of the three-track crossing. Negligence was charged in that defendant failed to give warning of the approach of its train.

*Elbert N. Oakes* for appellant.
*Edward J. McCrossin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.